RECEIVED
IN MONROE, LA
APR 17 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOEL HOUSE | CIVIL ACTION NO.: 05-1676 |
| VERSUS | JUDGE ROBERT G. JAMES |
| AGCO CORPORATION | MAG. JUDGE MARK L. HORNSBY |

## MEMORANDUM ORDER

On January 3, 2006, Plaintiff Joel House ("House") filed a "Notice of Opposition to and Appeal from Magistrate's Ruling" ("Appeal") [Doc. No. 21]. House appeals the December 14, 2005 Memorandum Ruling [Doc. No. 17] by Magistrate Judge Mark L. Hornsby in which he denied House's Motion to Remand [Doc. No. 11]. On January 19, 2006, Defendant AGCO Corporation ("AGCO") filed a Memorandum in Opposition to Petitioner's Appeal of the Magistrate's Ruling [Doc. No. 23].

The Fifth Circuit has not addressed what standard should be applied to a district court's review of a magistrate judge's ruling on a motion to remand. However, district courts in this circuit have generally found that a motion to remand is a non-dispositive pretrial matter and have applied the clearly erroneous/contrary to law standard pursuant to 28 U.S.C. § 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure. *See, e.g., Lonkowski v. R.J. Reynolds Tobacco Co.*, No. 96-1192, 1996 WL 888182, at *2-4 (W.D. La. Dec. 10, 1996), *Vaquillas Ranch Co., Ltd. v. Texaco Exploration and Production, Inc.*, 844 F. Supp. 1156, 1162 (S.D. Tex. 1994). This Court agrees and applies the clearly erroneous standard of review.

Following a review of the record, together with the parties' memoranda, the Court finds

that Magistrate Judge Hornsby's conclusion in his Memorandum Ruling is neither clearly erroneous nor contrary to the law. In reaching his conclusion, Magistrate Judge Hornsby mistakenly stated that House had requested a jury trial in his state court petition, but that error does not undermine his final determination that the Motion to Remand should be denied. Accordingly,

IT IS ORDERED that House's Appeal [Doc. No. 21] is DENIED, and the December 14, 2005 Memorandum Ruling [Doc. No. 17] issued by Magistrate Judge Hornsby is AFFIRMED. The Clerk of Court is instructed to issue a Scheduling Order in due course.

MONROE, LOUISIANA, this ___17___ day of ___April___, 2006.

```
_____
        ROBERT G. JAMES
    UNITED STATES DISTRICT JUDGE
```